2009R00640

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-415 (NLH) |
| v. | : | |
| ASHLEY MARSHALL | : | <u>DETENTION ORDER</u> |

This matter having been opened to the Court by notice of U.S. Pre-Trial Services that the defendant, ASHLEY MARSHALL, violated the terms and conditions of her release pending designation by the Bureau of Prisons and the Court having a hearing on said violation on March 19, 2010 with the United States, Paul J. Fishman, United States Attorney for the District of New Jersey (Jason M. Richardson, Assistant United States Attorney, appearing on behalf of the United States), and Lori Koch, Assistant Federal Public Defender, appearing for defendant ASHLEY MARSHALL, and for the reasons stated on the record, the Court will order the defendant detained pursuant to Title 18, United States Code, Section 3143; the Court makes the following findings:

1. On June 4, 2009, defendant ASHLEY MARSHALL entered a guilty plea to bank robbery.

2. On March 5, 2010, defendant ASHLEY MARSHALL was sentenced to 18 months incarceration followed by 3 years supervised release and other conditions outlined in the Judgment of Conviction.

3. After sentencing the Court allowed defendant ASHLEY MARSHALL to remain on bail pending designation by the Bureau of Prisons but her bail was modified to include weekly drug testing.

4. On or about March 9, 2010, defendant ASHLEY MARSHALL reported to Pre-Trial Services and provided a urine sample that tested positive for marijuana.

5. During the March 19, 2010 hearing the defendant did not contest the findings of the laboratory that her urine contained detectable amounts of marijuana.

**IT IS, therefore, on this 19th day of March, 2010,**

ORDERED, pursuant to Title 18, United States Code, Section 3143, that defendant ASHLEY MARSHALL be committed to the custody of the Attorney General or his authorized representative for service of her sentence.

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

_____
HONORABLE NOEL L. HILLMAN
United States District Judge

JMR:Bank Robbery:Littles and Marshall
Marshall.Detention Order - Post Sentence